TIMOTHY J. CAVAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 247-4674
Fax: (406) 657-6989
E-mail: Tim.Cavan@usdoj.gov

ATTORNEY FOR DEFENDANT
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WILLIAM JAMES THOMAS, SR., deceased, and ELAINE THOMAS, individually and as Personal Representative of the Estate of WILLIAM JAMES THOMAS, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 08-17-BU-SEH<br><br><br>JOINT NOTICE OF SETTLEMENT |

The parties, by and through their respective counsel of record, advise the Court that they have compromised and settled the above-captioned case. It is anticipated that in approximately seven weeks, the settlement proceeds will be received and disbursed, and thereafter, the parties will file dismissal documents with the Court.

**DATED** this 4th day of October, 2010.

        **SKAKLES & GALLAGHER**

        /s/ Patrick T. Gallagher
        **Attorneys for Plaintiffs**

**DATED** this 4th day of October, 2010.

        **MICHAEL W. COTTER**
        **United States Attorney**

        /s/ Timothy J. Cavan
        **Assistant U.S. Attorney**
        **Attorney for Defendant, United States**