TIMOTHY J. CAVAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 247-4674
Fax: (406) 657-6989
E-mail: Tim.Cavan@usdoj.gov

ATTORNEY FOR DEFENDANT
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WILLIAM JAMES THOMAS, SR., deceased, and ELAINE THOMAS, individually and as Personal Representative of the Estate of WILLIAM JAMES THOMAS, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 08-17-BU-SEH<br><br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, acting by and through their respective counsel of record, that the claims of plaintiffs, William James Thomas, Sr., deceased, and Elaine Thomas, individually and as Personal Representative of the Estate of William James Thomas, Sr., against defendant, United States, may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

**DATED** this 17th day of November, 2010.

                                                **SKAKLES & GALLAGHER**

                                                /s/ Patrick T. Gallagher
                                                **Attorneys for Plaintiffs**

**DATED** this 17th day of November, 2010.

                                                **MICHAEL W. COTTER**
                                                **United States Attorney**

                                                /s/ Timothy J. Cavan
                                                **Assistant U.S. Attorney**
                                                **Attorney for Defendant, United States**