# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| WILLIAM JAMES THOMAS, SR., deceased, and ELAINE THOMAS, individually and as Personal Representative of the Estate of WILLIAM JAMES THOMAS, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CV 08-17-BU-SEH <br><br> ORDER |

Upon consideration of the Stipulation for Dismissal entered into between the parties,

IT IS HEREBY ORDERED that the claims of plaintiff, William James Thomas, Sr., deceased, and Elaine Thomas, individually and as Personal Representative of the Estate of William James Thomas, Sr., against defendant, United States, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs

1

and expenses.

**DATED** this 22nd day of November, 2010.

*Sam G Haddon*

Sam E. Haddon
**United States District Judge**